THE EVELYN GOLDSMITH HOME FOR CRIPPLED CHILDREN, INC., Respondent, v. ISLAND PARK ASSOCIATES, INC., and ATLANTIC BEACH BRIDGE CORPORATION, Appellants.— Order affirmed, with ten dollars costs and disbursements. We think that a reply may be compelled to a plea in bar of a former judgment. (*Mercantile Nat. Bank* v. *Corn Exch. Bank*, 73 Hun, 78, 80; *Olsen* v. *Singer Manufacturing Co.*, 138 App. Div. 467; *Weglein* v. *Trow Directory, P. & B. Co.*, 152 id. 705, 709; *Toplitz* v. *Garrigues*, 71 id. 37, 39; *Timble* v. *Russell*, 41 Misc. 577, 579; *Brinkerhoff* v. *Brinkerhoff*, 8 Abb. N. C. 207.) But in view of defendants' long delay in making the motion, we think that the learned Special Term properly exercised its discretion in denying it. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

M. ARTHUR HELFHAT, Respondent, v. FARLO CONSTRUCTION CORPORATION, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted upon condition that appellant file a corporate undertaking, securing the judgment, within five days after the entry of an order by this court upon this decision; otherwise, order affirmed, with ten dollars costs and disbursements. While appellant did not annex its proposed answer to the moving papers, the point was not raised by the respondent. The merits were not before us upon the former appeal. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

HEMPSTEAD HARBOR LUMBER CORPORATION, Respondent, v. NICHOLAS SECHKO, Appellant, and NICHOLAS AVRALOFF (Also Known as NICHOLAS NAGRODSKY), Respondent. R. MUDANO and SMITH ALFORD & Co., INC., Defendants.— Order of the County Court of Nassau county denying motion of defendant Nicholas Sechko to dismiss complaint and to vacate undertaking affirmed, with ten dollars costs and disbursements. Mr. Hyman Bushel, the attorney who appeared in the action for defendant Sechko and served said defendant's answer, was appointed a city magistrate. No other attorney has been substituted. No action can be taken until there is a substitution of attorneys. (Civ. Prac. Act, § 240.) Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

In the Matter of the Application of JAMES V. CARDILLO and OLIVER M. OAKE, Respondents, for a Peremptory Mandamus Order against SIGMUND A. GUTTENBERG, as Building Commissioner of the City of Mount Vernon, N. Y., and JOHN BURDEN, as Superintendent of Buildings of the City of Mount Vernon, N. Y., Appellants.— Peremptory mandamus order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.